# United States Court of Appeals
# for the Federal Circuit

———————————————

August 20, 2010

**ERRATA**

———————————————

Appeal No. 2010-M938

**IN RE ZIMMER HOLDINGS, INC., ZIMMER, INC. AND ZIMMER US, INC.,**
Petitioners,

Decided: June 24, 2010
Precedential Order

———————————————

Please make the following change:

Page 4, line 21, change "clearly" to –patently--